No. A–710 (81–1589). HUNT v. COLLINS. Super. Ct. Ga., Fulton County. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–724. LORDEON v. PETERS, COMMISSIONER, DIVISION OF MOTOR VEHICLES, DEPARTMENT OF TRANSPORTATION OF NORTH CAROLINA. Sup. Ct. N. C. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–746 (81–1114). ILLINOIS v. ABBOTT & ASSOCIATES, INC., ET AL. C. A. 7th Cir. Application of "undisclosed respondents" for an order to keep identities of certain respondents held in camera, presented to JUSTICE STEVENS, and by him referred to the Court, granted.

No. 81–731. ARKANSAS ELECTRIC COOPERATIVE CORP. v. ARKANSAS PUBLIC SERVICE COMMISSION. Sup. Ct. Ark. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 81–1055. POYTHRESS, SECRETARY OF STATE OF GEORGIA, ET AL. v. DUNCAN ET AL. C. A. 11th Cir. [Certiorari granted, ante, p. 937.] Motion of respondents to advance case for oral argument and for abridgement of time to file briefs denied.

No. 81–1565. VSL CORP. v. UNITED STATES. C. A. 10th Cir. Motion of petitioner for an order placing the petition for writ of certiorari, brief in opposition, and record under seal denied.

No. 81–6068. IN RE SMILEY. Petition for writ of mandamus denied.

No. 81–6046. IN RE BOWINE. Petition for writ of mandamus and/or prohibition denied.